AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

In re: Jacqueline Elizabeth Ard and Terry Frank Nicola,
Debtors,
--------------------------------------------------------------
Jacqueline Elizabeth Ard and Terry Frank Nicola, )
Appellants, )
v. )
John B. Kelchner, Lucas S. Fautua, Julie Franklin, )
Benjamin E. Grimsley, James Wyman )
Appellees

Civil Action No. 9:25-cv-4500-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: This appeal is dismissed.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date: August 28, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/R. Heinen

*Signature of Clerk or Deputy Clerk*